IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.                          Criminal Action No. 5:12CR14
                                     (STAMP)
DAVID L. KIDD, II,

    Defendant.

## ORDER SCHEDULING INFORMATION

The Court has been advised that the defendant in this case has entered into a plea agreement with the government and wishes to enter a plea to the information now filed against him.

Accordingly, this matter is scheduled for consideration of the proposed plea agreement on **May 22, 2012 at 11:00 a.m.** at the Wheeling point of holding court.

IT IS SO ORDERED.

The Clerk is directed to transmit copies of this order to the defendant, to counsel of record herein, to the United States Probation Office and to the United States Marshals Service.

DATED:    May 15, 2012

                                       /s/ Frederick P. Stamp, Jr.
                                       FREDERICK P. STAMP, JR.
                                       UNITED STATES DISTRICT JUDGE