AO 455 (Rev. 5/85) Waiver of Indictment

U.S. DISTRICT COURT
FILED AT WHEELING, WV

MAY 24 2012

NORTHERN DISTRICT OF WV
OFFICE OF THE CLERK

# United States District Court
## NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| V. | CASE NUMBER: 5:12-CR-14 |
| DAVID L. KIDD, II, | |

(Name and address of Defendant)

I, DAVID L. KIDD, II, the above named defendant, who is accused of

Contempt, in violation of Title 18, United States Code, Section 402

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on May 24, 2012 prosecution by indictment and consent that the proceeding may be by information

(Date)

rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer