FILED: November 6, 2012

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-4873
(5:11-cr-00017-FPS-1)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

DAVID LEE KIDD, II

      Defendant - Appellant

_____

O R D E R
_____

The court appoints the Federal Defender for the Northern District of West Virginia to represent David Lee Kidd, II, on appeal.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk