FILED: November 26, 2012

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-4873
(5:11-cr-00017-FPS-JES-1)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

DAVID LEE KIDD, II

    Defendant - Appellant

_____

No. 12-4874
(5:12-cr-00014-FPS-1)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

DAVID L. KIDD, II

    Defendant - Appellant

_____

O R D E R

_____

The court consolidates Case No. 12-4873 and Case No. 12-4874. Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk