AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
## for the
### Northern District of West Virginia

**FILED**

MAY 0 1 2015

U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

United States of America
v.
David L. Kidd, II

Case No: 5:11CR17; 5:12CR14
USM No: 54483-018

Date of Original Judgment: 10/22/2012
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

Brendan S. Leary
*Defendant's Attorney*

**AMENDED  ORDER REGARDING MOTION FOR SENTENCE REDUCTION
PURSUANT TO 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  262  months **is reduced to**  210 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  10/22/2012  shall remain in effect.
**IT IS SO ORDERED.**

Order Date: *April 30, 2015*

*[signature]*
Judge's signature

Effective Date:  11/02/2015
*(if different from order date)*

Frederick P. Stamp, Jr., District Judge
*Printed name and title*